NEW YORK LIFE INSURANCE COMPANY, Plaintiff, v. REGINALD R. LITKE, Individually and as Administrator of the Estate of CHARLOTTE E. LITKE, et al., Defendants.

Supreme Court, Special Term, Queens County, March 24, 1943.

*Harry J. Macklis* for Reginald R. Litke and others, defendants.

*Dudley Davis* for plaintiff.

FROESSEL, J. This is a motion by the owner of the equity, in an action to foreclose a mortgage, for a stay pursuant to the provisions of the Soldiers' and Sailors' Civil Relief Act of 1940, as amended (U. S. Code, tit. 50, Appendix, § 501 *et seq.*).

The soldier owner, at the time of his induction into the service, was earning sixty dollars per week. He is now earning fifty dollars per month, and his father, seventy-three years old and dependent upon him for support, receives an Army allotment of thirty-seven dollars per month.

Upon the facts disclosed by the papers before me, the motion will be granted on condition that there be paid on account of taxes the sum of five dollars per month, which the attorney for the defendants agreed to pay upon the argument, without prejudice to the right of the plaintiff to apply to the court, in the event that there is any change in the situation of the soldier or his father. The order may contain a further provision that a statement, under oath, shall be furnished to the plaintiff every two months as to whether or not there is any change in the existing circumstances.

Settle order on notice.